IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JING LIANG JIANG,

    Petitioner,

v.   Civ. No. 25-922 KG/GBW

PAMELA BONDI,
*in her official capacity as*
*U.S. Attorney General, et al.,*

    Respondents.

## ORDER TO ANSWER

Petitioner Jing Liang Jiang filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 on September 24, 2025, (Doc. 1) ("Petition"). The Court orders the following:

1. Respondents shall Answer the Petition within **seven (7)** days of service of this Order.

2. Petitioner shall serve this Order on Respondents and file a certificate of service with this Court indicating that he has done so.

3. The Clerk shall send a courtesy copy of this Order and the Petition to the U.S. Attorney's Office at the following email address: ryan.ellison@usdoj.gov.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.